# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FINLEY FENTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC., and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 2:17-cv-13589-JMV-MF |
| FINLEY FENTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC.,<br><br>Defendant. | [~~PROPOSED~~] ORDER<br><br>Civil Action No.: 2:18-cv-01600-JMV-MF |

THIS MATTER having been opened to the Court on the Motion to Consolidate filed by Defendant, by and through its attorneys, Ford Harrison LLP, with notice to Plaintiff, *and there being no opposition,* and the Court having reviewed the papers submitted in support and in opposition to the Motion, and for good cause shown:

It is ORDERED that on this __2__ day of __May__, 2018 that the Motion to Consolidate is GRANTED and the above matter will be consolidated with Finley Fenton v. U.S. Security Associates, Inc., No.: 2:18-cv-01600-JMV-MF for all purposes.

_____
HON. MARK FALK, U.S.M.J.

WSACTIVELLP:9698246.1